**DIANNE C. KERNS, ESQ.**
**CHAPTER 13 TRUSTEE**
PMB #413
7320 NORTH LA CHOLLA #154
TUCSON AZ 85741
Telephone (520)544-9094
Fax (520)544-7894

# UNITED STATES BANKRUPTCY COURT

# IN AND FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re: | ) CHAPTER 13 PROCEEDINGS |
| | ) |
| TERESA ANN LIVELY | ) Case No.: 08-02758 |
| | ) |
| | ) **Application for Payment of Unclaimed** |
| | ) **Funds to the U.S. Bankruptcy Court** |
| | ) |
| | ) |
| Debtor | ) |

    Dianne C. Kerns, Standing Chapter 13 Trustee of the above-captioned bankruptcy estate, reports that the following dividend checks have been issued and returned as undeliverable and/or remained uncashed, and that more than (90) days have elapsed from the dates of issuance:

| **Check No.** | **Date Issued** | **Debtor/Creditor Name and Address** | **Amount** |
|---|---|---|---|
| 215356 | 11/01/2010 | Teresa Ann Lively<br>8851 N. Oracle Rd #66<br>Oro Valley, AZ 85704 | $85.00 |
| | | **Total** | **$85.00** |

    The Trustee asks that an order be entered to Section 347(a) of the Bankruptcy Code directing the Trustee to pay over the total amount of $85.00 to the Clerk of the Court to be deposited in the registry thereof.

Dated: 03/30/2011

                                                                     **/s/ Dianne C. Kerns, #011557**
                                                                     Dianne C. Kerns, Esq.
                                                                       Chapter 13 Trustee